UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:16-CR-120-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER TO SEAL** |
| ) | |
| KEJUAN TIZOM SHABAZZ SMITH ) | |
| a/k/a "Bobby" ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 305 in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed document to the United States Attorney and Defendants attorney.

This the 11 day of September 2017.

JAMES C. DEVER, III
Chief United States District Judge