IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CR-120-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| KEJUAN TIZOM SHABAZZ SMITH, ) | |
| ) | |
| Defendant. ) | |

The court DENIES as meritless defendant's motions for a sentence reduction [D.E. 742, 748] under U.S.S.G. § 5H1.1. Moreover, even if the court had discretion to reduce defendant's sentence, the court would not do so given the factors under 18 U.S.C. § 3553(a). See, e.g., [D.E. 399, 495, 680].

SO ORDERED. This 7 day of October, 2025.

JAMES C. DEVER III
United States District Judge